# Certificate of Mailing

**Date printed: 9/14/2022**
**Case: 22-11321 Document: 2**

**On the date listed above, the Court mailed by first class U.S. Mail, the document listed above to the following parties:**

db  Teena Kamal  PO Box 834  Dover, MA 02030

Total: 1

Form ID: oupdt13I
District/Off: 0101-1
User: admin