UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| In Re: ) <br> ) <br> Teena Kamal, ) <br> ) <br>           Debtor ) <br> ) | Chapter 13 <br> Case No. 22-11321-JEB |

## NOTICE OF APPEARANCE AND REQUEST FOR ALL ORDERS, NOTICES AND PLEADINGS

Pursuant to Bankruptcy Rule of Procedure 2002 (g) and Local Rule 12 C, WILSONDALE ASSOCIATES, LLC, a secured creditor in the above-referenced bankruptcy proceeding, hereby requests that all matters which must be noticed to creditors, any creditor's committees, and any other parties in interest (Rule 2002(a), (b) and (c)), whether sent by the Court, the Debtor or any other party in the case, be sent to the undersigned counsel, and further that undersigned counsel be added to the Court's master mailing matrix.

                                                 Respectfully submitted,
                                                 WILSONDALE ASSOCIATES , LLC

                                                 By its attorneys,
                                                 MORIARTY TROYER & MALLOY

Dated: September 21, 2022

                                                 <u>/s/ Laura White Brandow</u>
                                                 Laura White Brandow, Esquire
                                                 Moriarty Troyer & Malloy LLC
                                                 One Adams Place
                                                 859 Willard Street, Suite 440
                                                 Quincy, MA 02169
                                                 Telephone: (781) 817-4900
                                                 BBO #560129
                                                 lbrandow@lawmtm.com

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In Re: ) | |
| ) | |
| Teena Kamal, ) | Chapter 13 |
| ) | Case No. 22-11321-JEB |
| Debtor ) | |

# CERTIFICATE OF SERVICE

I, Laura White Brandow, attorney for WILSONDALE ASSOCIATES, LLC, do hereby certify that on September 21, 2022, I served the foregoing "NOTICE OF APPEARANCE", by causing same to be electronically filed with the Court, and by causing a copy of the Notice of Appearance to be mailed first class, postage prepaid, to any of the parties listed on the attached Service list not noted as receiving electronic notice.

/s/ Laura White Brandow
Laura White Brandow, Esquire
Moriarty Troyer & Malloy LLC
One Adams Place
859 Willard Street, Suite 440
Quincy, MA 02169
Telephone: (781) 817-4900
BBO #560129
lbrandow@lawmtm.com

## SERVICE LIST

Ms. Teena Kamal
P.O. Box 834
Dover, MA 02030
(Debtor-Pro Se)

Carolyn Bankowski
P.O. Box 8250
Boston, MA 02114
(Chapter 13-12 Trustee)