

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| *In re:*<br><br>TEENA KAMAL,<br>     Debtor | Ch. 13<br>22-11321-JEB |

### Order of Dismissal

**MATTER:**

#2 Order to Update dated 9/14/2022

Due to the failure of the Debtor to comply with the Court's Order of September 14, 2022, and the Debtor having failed to file timely the Creditor Matrix, Statement of Social Security Number, Application for Individuals to Pay the Filing Due, Chapter 13 Plan, Schedules A/B-J, Statement of Financial Affairs, Summary of Assets and Liabilities, Chapter 13 Statement of Your Current Monthly Income and Calculation of Commitment Period Form 122C-1, and Evidence of Current and Sufficient Liability and Property Insurance, it is hereby ordered that the above-entitled case be and is <u>dismissed</u>.

Dated: 10/3/2022

By the Court,

*Janet E. Bostwick*

Janet E. Bostwick
United States Bankruptcy Judge