UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In Re:   Teena Kamal , Debtor | Chapter: 13<br>Case No: 22–11321<br>Judge Janet E. Bostwick |

## NOTICE OF FILING FEE DUE

On **SEPTEMBER 14, 2022** you filed a **Chapter 13 Voluntary Petition (Fee $313.00)** which requires the fee indicated. Please submit your payment by **OCTOBER 18, 2022 .**

Date:10/4/22

By the Court,

Lisa Belanger
Deputy Clerk
617–748–5346

**PLEASE RETURN THIS FORM WITH YOUR PAYMENT**

**NOTE: DEBTORS CHECKS AND CASH ARE NOT ACCEPTED.**

**PLEASE INCLUDE NAME AND CASE NUMBER WITH PAYMENT AND SEND TO ADDRESS CHECKED.**

**FAILURE TO MAKE PAYMENT BY THE DUE DATE MAY RESULT IN DENIAL/DISMISSAL WITHOUT FURTHER NOTICE.**

- ☉ United States Bankruptcy Court
  John W. McCormack Post Office and Court House
  5 Post Office Square, Suite 1150
  Boston, MA 02109–3945

- ○ United States Bankruptcy Court
  211 Donohue Federal Building
  595 Main Street
  Worcester, MA 01608–2076

- ○ United States Bankruptcy Court
  United States Courthouse
  300 State Street, Suite 220
  Springfield, MA 01105–2925

9 – 1