United States Bankruptcy Court

District of Massachusetts

| | |
|---|---|
| In re: | Case No. 22-11321-jeb |
| Teena Kamal | Chapter 13 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0101-1 | User: admin | Page 1 of 1 |
| Date Rcvd: Oct 03, 2022 | Form ID: pdf012 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 05, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Teena Kamal, PO Box 834, Dover, MA 02030-0834 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Oct 05, 2022            Signature:      /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 3, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Carolyn Bankowski-13-12 | 13trustee@ch13boston.com |
| John Fitzgerald | USTPRegion01.BO.ECF@USDOJ.GOV |
| Laura White Brandow | on behalf of Creditor Wilsondale Associates  LLC lbrandow@lawmtm.com |

TOTAL: 3



# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| *In re:*<br><br>TEENA KAMAL,<br>    Debtor | Ch. 13<br>22-11321-JEB |

## Order of Dismissal

**MATTER:**

#2 Order to Update dated 9/14/2022

Due to the failure of the Debtor to comply with the Court's Order of September 14, 2022, and the Debtor having failed to file timely the Creditor Matrix, Statement of Social Security Number, Application for Individuals to Pay the Filing Due, Chapter 13 Plan, Schedules A/B-J, Statement of Financial Affairs, Summary of Assets and Liabilities, Chapter 13 Statement of Your Current Monthly Income and Calculation of Commitment Period Form 122C-1, and Evidence of Current and Sufficient Liability and Property Insurance, it is hereby ordered that the above-entitled case be and is <u>dismissed</u>.

Dated: 10/3/2022

By the Court,

*Janet E. Bostwick*

Janet E. Bostwick
United States Bankruptcy Judge