**UNITED STATES BANKRUPTCY COURT**
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In Re:    Teena Kamal<br>              Debtor, | Chapter: 13<br>Case No: 22–11321<br>Judge Janet E. Bostwick |

**NOTICE OF DISMISSAL**

You are hereby notified that an Order Dismissing the above **bankruptcy case** was entered on 10/3/22 .

Date:10/19/22

By the Court,

Joan M. Regan
Deputy Clerk
617–748–5342

12